UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 5: 19-159-DCR |
| Plaintiff/Respondent, | ) | and |
| | ) | Civil Action No. 5: 22-224-DCR |
| V. | ) | |
| | ) | |
| CLINT DION DAVIS, | ) | |
| | ) | **JUDGMENT** |
| Defendant/Movant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Clint Dion Davis's motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record No. 54] is **DENIED**. His claims are **DISMISSED**, with prejudice.

2. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3. The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4. A Certificate of Appealability will not issue.

5. The Clerk of the Court is directed to transmit a copy of this Judgment and the corresponding Memorandum Opinion and Order to Davis.

Dated: January 24, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky